

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00015-CV

Elizabeth Baladez
v.
Twin Pines Nursing and Rehabilitation, Inc.

On Appeal from the
24th District Court of Victoria County, Texas
Trial Court Cause No. 19-03-84125-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appellant's petition for permissive appeal, concludes that appellant has not shown her entitlement to permissive appeal. Accordingly, the petition for permissive appeal is DENIED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 10, 2022